Georges Bollack, Appellant, *v.* Société Générale pour Favoriser le Developpement du Commerce et de L'Industrie en France, Respondent.

Argued May 16, 1944; decided June 8, 1944.

*Joseph R. Kelley* and *Ann Nollen* for appellant.
*Harold W. Bissell* and *William C. Cannon* for respondent.

Order affirmed, without costs, and question certified answered in the negative on the ground that the issues are of such nature and scope as to indicate the propriety of a trial thereof. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.